In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00242-CR
_____

JESSICA RENE STORY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 9th District Court
Montgomery County, Texas
Trial Cause No. 16-01-00373-CR

**MEMORANDUM OPINION**

The trial court sentenced Jessica Rene Story on May 4, 2016. Story filed a notice of appeal on June 13, 2016. We notified the parties that Story filed the notice of appeal too late to perfect an appeal. *See* Tex. R. App. P. 25.2(b). Story did not file a response.

The Court finds that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2(a)(1). No motion for extension of time was timely filed pursuant to

1

Tex. R. App. P. 26.3. The Court finds it is without jurisdiction to entertain this appeal. Accordingly, we dismiss the appeal for want of jurisdiction.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on August 23, 2016
Opinion Delivered August 24, 2016
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.